IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: PAUL W KOPRIVNAK | : | Bankruptcy No. 2-16-BK-22856 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 11 |
| Movant CACH, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address:  PO BOX 5980
                              DENVER CO 80217-5980

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:   PO Box 10587
                              Greenville SC 29603-0587

Dated    8/16/2017

Signature of Creditor

*[signature: Susan Gaines]*

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884

*[Stamp: RECEIVED 2017 AUG 28 A 11:18 U.S. BANKRUPTCY COURT PITTSBURGH]*