**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

IN RE:  Paul W. Koprivnak

    Debtor(s)

Ditech Financial LLC

    Movant

v.

Paul W. Koprivnak

    Debtor/Respondent

and

Betty M. Koprivnak

    Additional Respondent

And

Ronda J. Winnecour, Trustee

    Additional Respondent

BK. NO. 16-22856-JAD

CHAPTER 13

Doc. # 39

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 2ⁿᵈ day of Jan , 2018, at Pittsburgh, upon Motion of Ditech Financial LLC, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 122 John Street , New Brighton, PA 15066 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge
**JEFFERY A. DELLER**

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

FILED
1/2/18 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Paul W. Koprivnak
122 John Street
New Brighton, PA 15066

Betty M. Koprivnak
122 John Street
New Brighton, PA 15066

Paul W. McElrath, Jr.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22856-JAD
Paul W. Koprivnak                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1            Date Rcvd: Jan 02, 2018
                             Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db          +Paul W. Koprivnak,    122 John Street,    New Brighton, PA 15066-9707
            +Betty M. Koprivnak,   122 John Street,    New Brighton, PA 15066-9707
            +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14280558    +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Paul W. Koprivnak ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 5