**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul W. Koprivnak** | : | Case No. 16−22856−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 45 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***The 8th of July, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

                    <u>Jeffery A. Deller</u>
                    United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-22856-JAD
Paul W. Koprivnak                                                       Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 3                  Date Rcvd: Jul 08, 2019
                               Form ID: 309                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db             #+Paul W. Koprivnak,    122 John Street,    New Brighton, PA 15066-9707
cr              +Ditech Financial LLC fka Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                  Dallas, TX 75254-7883
14268541       +COMENITYCAPITALBANK/BOSCOV'S DEP,    PO BOX 182120,    Columbus, OH 43218-2120
14338329        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
14268539      ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: CCS/FIRST SAVINGS BANK,    500 E 60TH ST N,   Sioux Falls, SD 57104)
14268551       +Nationstar Mortgage,    PO Box 619063,   Dallas, TX 75261-9063
14268552       +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14275987       +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14344700       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,   Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jul 09 2019 07:03:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
14333698        EDI: RESURGENT.COM Jul 09 2019 07:03:00      CACH, LLC,    PO Box 10587,
                 Greenville SC 29603-0587
14268538       +EDI: CAPITALONE.COM Jul 09 2019 07:03:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14280068        EDI: CAPITALONE.COM Jul 09 2019 07:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14268540       +EDI: CHASE.COM Jul 09 2019 07:03:00      Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
14341193        EDI: DIRECTV.COM Jul 09 2019 07:03:00      Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,   Carol Stream, IL 60197-5008
14268542       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2019 03:23:08      Ditech,   PO Box 6172,
                 Rapid City, SD 57709-6172
14344241        E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2019 03:23:08
                 Ditech Financial LLC fka Green Tree Servicing LLCf,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14344508       +E-mail/Text: kburkley@bernsteinlaw.com Jul 09 2019 03:24:00       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14268544       +EDI: WFNNB.COM Jul 09 2019 07:03:00      GULF OIL,   8035 QUIVIRA RD STE 100,
                 Lenexa, KS 66215-2746
14268546        EDI: IRS.COM Jul 09 2019 07:03:00      Internal Revenue Service,    Insolvency Unit,    POB 628,
                 Pittsburgh, PA 15230
14321871        EDI: MERRICKBANK.COM Jul 09 2019 07:03:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
14321096       +EDI: MID8.COM Jul 09 2019 07:03:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14268549       +EDI: TSYS2.COM Jul 09 2019 07:03:00      Macys dsnb,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
14268550       +EDI: MERRICKBANK.COM Jul 09 2019 07:03:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
14280573        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:23:26       PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0496
14343419        EDI: PRA.COM Jul 09 2019 07:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14280574        EDI: Q3G.COM Jul 09 2019 07:03:00      Quantum3 Group LLC,    P.O. Box 788,
                 Kirkland, WA 98083-0788
14271606        EDI: Q3G.COM Jul 09 2019 07:03:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                 PO Box 788,   Kirkland, WA 98083-0788
14273958        EDI: RECOVERYCORP.COM Jul 09 2019 07:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14268555        EDI: AGFINANCE.COM Jul 09 2019 07:03:00      SPRINGLEAF FINANCIAL SER,    PO BOX 59,
                 Evansville, IN 47701
14290964        EDI: AGFINANCE.COM Jul 09 2019 07:03:00      SPRINGLEAF FINANCIAL SERVICES,    PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
14268556        EDI: RMSC.COM Jul 09 2019 07:03:00      SYNCB/TOYSRUS,    PO BOX 960090,   Orlando, FL 32896-0090
14268558        EDI: RMSC.COM Jul 09 2019 07:03:00      SYNCHRONY BANK/LOWES,    PO BOX 960090,
                 Orlando, FL 32896-0090
14268559        EDI: RMSC.COM Jul 09 2019 07:03:00      SYNCHRONY BANK/WALMART,    PO BOX 960090,
                 Orlando, FL 32896-0090
14268553       +EDI: SEARS.COM Jul 09 2019 07:03:00      Sears/Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
14268554       +EDI: AGFINANCE.COM Jul 09 2019 07:03:00      Springleaf,    PO Box 64,
                 Evansville, IN 47701-0064
14268557        EDI: RMSC.COM Jul 09 2019 07:03:00      Synchrony Bank/JCP,    PO BOX 960090,
                 Orlando, FL 32896-0090
14268543        EDI: USBANKARS.COM Jul 09 2019 07:03:00      ELAN FINANCIAL SERVICES,    PO BOX 108,
                 Saint Louis, MO 63166
14268560       +EDI: VERIZONCOMB.COM Jul 09 2019 07:03:00      Verizon,    500 Technology Drive Suite 30,
                 Weldon Spring, MO 63304-2225
```

```
District/off: 0315-2          User: jhel                 Page 2 of 3                Date Rcvd: Jul 08, 2019
                              Form ID: 309               Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14268548       +E-mail/Text: BKRMailOPS@weltman.com Jul 09 2019 03:23:10      kay Jewelers,    375 GHENT RD,
                 Akron, OH 44333-4600
                                                                                             TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Duquesne Light Company
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*            +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14280561*      +COMENITYCAPITALBANK/BOSCOV'S DEP,    PO BOX 182120,    Columbus, OH 43218-2120
14280558*      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14280560*      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14280562*      +Ditech,   PO Box 6172,    Rapid City, SD 57709-6172
14280559*     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court:   CCS/FIRST SAVINGS BANK,    500 E 60TH ST N,   Sioux Falls, SD 57104)
14280564*      +GULF OIL,    8035 QUIVIRA RD STE 100,    Lenexa, KS 66215-2746
14268545*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14280565*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14268547*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14280567*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14280566*       Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14280569*      +Macys dsnb,    9111 Duke Boulevard,    Mason, OH 45040-8999
14280570*      +Merrick Bank,    PO Box 9201,    Old Bethpage, NY 11804-9001
14280572*      +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14280571*      +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14280577*       SYNCB/TOYSRUS,    PO BOX 960090,    Orlando, FL 32896-0090
14280579*       SYNCHRONY BANK/LOWES,    PO BOX 960090,    Orlando, FL 32896-0090
14280580*       SYNCHRONY BANK/WALMART,    PO BOX 960090,    Orlando, FL 32896-0090
14280575*      +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14280576*      +Springleaf,    PO Box 64,    Evansville, IN 47701-0064
14280578*       Synchrony Bank/JCP,    PO BOX 960090,    Orlando, FL 32896-0090
14280563*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   ELAN FINANCIAL SERVICES,    PO BOX 108,    Saint Louis, MO 63166)
14280581*      +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14280568*      +kay Jewelers,    375 GHENT RD,    Akron, OH 44333-4600
                                                                                            TOTALS: 2, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paul W. Koprivnak ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Jul 08, 2019
                              Form ID: 309            Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                     TOTAL: 5