**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL W. KOPRIVNAK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-22856 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/02/2016 and confirmed on 10/14/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,229.01 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,229.01 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 665.56 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,165.56 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| DITECH FINANCIAL LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4125 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5243 | | | | |
| QUANTUM3 GROUP LLC AGNT - STERLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9325 | | | | |
| SPRINGLEAF FINANCIAL SVCS OF PA INC | 16,492.90 | 7,601.80 | 1,623.82 | 9,225.62 |
| Acct: 5284 | | | | |
| | | | | 9,225.62 |
| Priority | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W. KOPRIVNAK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* <br> Acct: 4117 | 9,579.45 | 1,837.83 | 0.00 | 1,837.83 |
| | | | | 1,837.83 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* <br> Acct: 4117 | 295.56 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** <br> Acct: 1069 | 2,457.88 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** <br> Acct: 4253 | 3,034.34 | 0.00 | 0.00 | 0.00 |
| FIRST SAVINGS BANK <br> Acct: 9011 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA <br> Acct: 9011 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK <br> Acct: 6602 | 0.00 | 0.00 | 0.00 | 0.00 |
| ELAN FINANCIAL SERVICES <br> Acct: 3909 | 0.00 | 0.00 | 0.00 | 0.00 |
| GULF OIL <br> Acct: 3100 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK <br> Acct: 3010 | 843.29 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK <br> Acct: 8917 | 3,526.20 | 0.00 | 0.00 | 0.00 |
| NORTHSTAR MORTGAGE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 9938 | 15,282.93 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 7951 | 1,188.84 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC <br> Acct: 2189 | 568.10 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC <br> Acct: 2045 | 1,833.56 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC <br> Acct: 9073 | 1,170.97 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC <br> Acct: 2623 | 1,799.11 | 0.00 | 0.00 | 0.00 |
| VERIZON <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 4117 | 189.90 | 0.00 | 0.00 | 0.00 |
| CACH LLC <br> Acct: 8048 | 1,384.50 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT DIRE <br> Acct: 9794 | 171.18 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 3257 | 1,048.10 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++ <br> Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| ALDRIDGE PITE LLP <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-22856 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    QUANTUM3 GROUP LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | | |

* * * N O N E * * *

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 11,063.45 |
|   TOTAL CLAIMED | | | | | |
|   PRIORITY | 9,579.45 | | | | |
|   SECURED | 16,492.90 | | | | |
|   UNSECURED | 34.794.46 | | | | |

Date: 08/08/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com